**United States District Court**
**Southern District of New York**
**300 Quarropas Street**
**White Plains, NY 10601**

RECEIVED-CLERK
U.S. DISTRICT COURT

2006 OCT -2 A 11: 46

Martin Luther King Building
United States District Court
District of New Jersey
50 Walnut Street, Rm 4024
Newark, NJ 07101

Your Case # 7:06-cv-5473 (WCC)

### Notice of Transfer

Re: Todd W. Kibler v Par Pharmaceutical Companies Inc. Et. Al.
Civil Docket No. (SDNY) 7:06-cv-5473 (WCC)

The above-captioned case has been transferred to your court pursuant to a certified copy of Order. For reference, please note the following:

[x] Case was designated as an electronically filed case and the file is in electronic format unless otherwise noted below. You may access the electronic docket and the case file through our website at http://www.nysd.uscourts.gov/, using your PACER login and password.

Items enclosed:

[x] Certified copy of Docket Sheet
[x] Certified copy of Transfer Order

A duplicate notice is provided to acknowledge receipt of this notice. Please complete the acknowledgment and return it to this office.

Sincerely,

J. Michael McMahon, Clerk
By: *[signature]*
Date: 1/25/06

**DIANNE C. RICHARDS**
Receipt Acknowledged By *[signature]*
Date 10-2-06

Your Civil Case # 06-4717 (PGS)