ORIGINAL

17 Conner, J

U.S. DISTRICT COURT
FILED
SEP 27 2006
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————— x
TODD W. KIBLER, On Behalf of Himself and : Civil Action No. 1:06-cv-5473 (WCC)
All Others Similarly Situated,
:  CLASS ACTION
                    Plaintiff,
:       ECF CASE
            vs.
:
PAR PHARMACEUTICAL COMPANIES,
INC., SCOTT TARIFF, and DENNIS J.
O'CONNOR,
:
                    Defendants.
:
—————————————————— x

NJ CIVIL
06-4717
(PGS)

STIPULATION AND [PROPOSED] ORDER TRANSFERRING THE ACTION TO THE
DISTRICT OF NEW JERSEY

A TRUE COPY   9/28/06
J. MICHAEL McMAHON, CLERK
BY _____
      DEPUTY CLERK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for As

USDC SD NY WP   SEP 27 2006   MICROFILM

WHEREAS, the above-captioned action alleging violations of the federal securities laws is currently pending in the United States District Court for the Southern District of New York before the Honorable William C. Conner;

WHEREAS, the following five related actions are currently pending in the United States District Court for the District of New Jersey:

| Case Name | Case No. |
|---|---|
| *Weissman vs. Par Pharmaceutical Companies, Inc., et al.,* | *2:06-cv-03226-PGS-RJH* |
| *Castro vs. Par Pharmaceutical Companies, Inc., et al.,* | *2:06-cv-03446-PGS-RJH* |
| *Patel vs. Par Pharmaceutical Companies, Inc., et al.,* | *2:06-cv-03541-PGS-RJH* |
| *Peck vs. Par Pharmaceutical Companies, Inc., et al.,* | *2:06-cv-3866-JLL-CCC* |
| *Phillips vs. Par Pharmaceutical Companies, Inc., et al.,* | *2:06-cv-03974-PGS-RJH* |

WHEREAS, counsel for Plaintiff and Defendants in the above-captioned action have conferred and agree that, to conserve judicial resources, the above-captioned action should be transferred to the District of New Jersey, Newark Division, where the five actions are pending;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. Subject to approval of the Court, the above-captioned action is hereby voluntarily transferred to the District of New Jersey, Newark Division.

- 1 -

DATED: September 20, 2006     LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
                                                  SAMUEL H. RUDMAN (SR-7957)
                                                  DAVID A. ROSENFELD (DR-7564)
                                                  MARIO ALBA, JR. (MA-7240)

                                                  /s/ David A. Rosenfeld
                                                  DAVID A. ROSENFELD

                                                  58 South Service Road, Suite 200
                                                  Melville, NY  11747
                                                  Telephone:  631/367-7100
                                                  631/367-1173 (fax)

                                                  Attorneys for Plaintiff

DATED: September 20, 2006     GREENBERG TRAURIG, LLP
                                                  RICHARD EDLIN (RE-1998)
                                                  RONALD LEFTON (RL-2666)
                                                  TOBY S. SOLI (TS-4493)

                                                  /s/ Richard Edlin
                                                  RICHARD EDLIN

                                                  200 Park Avenue
                                                  New York, NY  10166
                                                  Telephone:  212/801-2100
                                                  212/668-2449 (fax)

                                                  Attorneys for Defendants

IT IS SO ORDERED.

DATED: Sept. 27, 2006     /s/ William C. Conner
                                       THE HONORABLE WILLIAM C. CONNER
                                       UNITED STATES DISTRICT JUDGE